**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01897-PAB-KLM

CHRISTOPHER HAINES,

    Applicant,

v.

WARDEN ARCHULETA,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order On Application For A Writ Of Habeas Corpus [Docket No. 15] of Judge Philip A. Brimmer entered on September 17, 2013, it is

**ORDERED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No.1] filed by Christopher Haines on July 17, 2013 is **DENIED**. It is

**FURTHER ORDERED** that applicants claims are **DISMISSED** as set forth in the Court's order and the case is **DISMISSED**.

Dated at Denver, Colorado this 18th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk